

FILED
JUN 1 4 2012
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TIMOTHY LOREN MORTENSEN,<br><br>  Defendant. | 2:11-CR-095-RLH (CWH) |

### FINAL ORDER OF FORFEITURE

On March 7, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3), based upon the plea of guilty by defendant TIMOTHY LOREN MORTENSEN to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant TIMOTHY LOREN MORTENSEN pled guilty. Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 26; Preliminary Order of Forfeiture, ECF No. 27.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 11, 2012, through April 9, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 28.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1 | This Court finds no petitions are pending with regard to the assets named herein and the time
2 | for presenting such petitions has expired.

3 | THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4 | title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5 | United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6 | 32.2(c)(2); Title 18, United States Code, Sections 2253(a)(1) and (a)(3); and Title 21, United States
7 | Code, Section 853(n)(7), and shall be disposed of according to law:

    1. a Compaq desktop SR5000, serial number 3CR8120LYX;

    2. a Hitachi Deskstar 500GB hard disk drive, serial number GEA530RE1KL2TE;

    3. a Samsung 40GB hard disk drive, serial number 0414J1ERA04749;

    4. computer images, including movie files, depicting a minor engaging in sexually explicit conduct and the diskettes and hard drives on which they are maintained; and

    5. all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252 and 2252A and all items containing such visual depictions, which were transported, shipped and received in violation of Title 18, United States Code, Section 2252A and all property, real and personal, used and intended to be used to commit and promote the commission of these offenses.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 14 day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE