# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00095-RLH-CWH |
| Plaintiff, | **O R D E R** |
| vs. | (Motion to Vacate – #74 |
| TIMOTHY LOREN MORTENSEN, | Motion for Leave to Appeal – #76 |
| Defendant. | Motion to Stay Briefing – #77) |

Before the Court is Defendant Timothy Loren Mortensen's **Motion to Vacate Under 28 U.S.C. § 2255** (#74, September 16, 2013) and **Motion for Leave to Appeal Adverse Ruling on First Three Grounds from Petitioner's § 2255 Motion** (#76, September 20, 2013). Also, before the Court is Plaintiff United States' **Motion to Stay § 2255 Briefing Schedule Until Direct Appeal is Final** (#77, September 27, 2013).

Local Rule LR IA 10-6 provides that, "a party who has appeared by attorney cannot while so represented appear or act in the case. . . ." In this case, the Court appointed counsel for Defendant Mortensen on August 30, 2013 (#72) and Defendant Mortensen was represented by Assistant Federal Public Defender Alina Shell at the time of the *pro se* filings.  Therefore, Defendant Mortensen's *pro se* filed motions will be stricken without prejudice.

IT IS THEREFORE ORDERED that Defendant Mortensen's **Motion to Vacate under 28 U.S.C. § 2255** (#74) and **Motion for Leave to Appeal Adverse Ruling on First Three Grounds from Petitioner's § 2255 Motion** (#76) are each **STRICKEN**.

IT IS FURTHER ORDERED that Plaintiff United States' **Motion to Stay § 2255 Briefing Schedule Until Direct Appeal is Final** (#77) is **DENIED** as moot in light of this Order.

Dated: October 18, 2013

_____
**ROGER L. HUNT**
**United States District Judge**